## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **MITCHELL N. NICHOLAS,** | )<br>) |
| Petitioner, | )<br>) |
| v. | )  Civil Action No. 2013-0075<br>) |
| **PEOPLE OF THE VIRGIN ISLANDS,** | )<br>) |
| Respondent. | )<br>)<br>) |

**Appearances:**
**Mitchell N. Nicholas,** *Pro Se*

**Dionne G. Sinclair, Esq.,**
St. Thomas, U.S.V.I.
    *For Respondent*

## ORDER

**UPON CONSIDERATION** of Petitioner Mitchell Nicholas' ("Petitioner") "Motion Pursuant to Fed R. Civ. P. Rule 60(b)(6), 28 U.S.C.A." ("Motion") (Dkt. No. 59); Magistrate Judge George W. Cannon Jr.'s Report and Recommendation ("R&R") (Dkt. No. 69); Petitioner's objection thereto (Dkt. No. 70); Petitioner's "Motion for an Evidentiary Hearing" (Dkt. No. 65); Petitioner's "Motion for Emergency Hearing" (Dkt. No. 77); and Petitioner's "Motion for an Urgent Evidentiary Hearing Under Fed. R. Civ. P. 60(b)(3),(6)" (Dkt. No. 78); and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith; it is hereby

**ORDERED** that Magistrate Judge Cannon's R&R (Dkt. No. 69) is **ACCEPTED** on the sole basis that the Court lacks jurisdiction over this matter; and it is further

**ORDERED** that Petitioner's Motion (Dkt. No. 59) is **DENIED**; and it is further

**ORDERED** that Petitioner's "Motion for an Evidentiary Hearing" (Dkt. No. 65); Petitioner's "Motion for Emergency Hearing" (Dkt. No. 77); and Petitioner's "Motion for an Urgent Evidentiary Hearing under Fed. R. Civ. P. 60(b)(3),(6)" (Dkt. No. 78) are **DENIED**; and it is further

**ORDERED** that the Clerk of Court shall provide a copy of this Order and its accompanying Memorandum Opinion to Petitioner by certified mail, return receipt requested.

**SO ORDERED**.

Date: September 14, 2020

_____/s/_____
WILMA A. LEWIS
Chief Judge